AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

DOA: 11/12/16

United States of America
v.
Victor Avila-Chabarria,
A087 682 973
*Defendant*

Case No. 16-7413MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 12, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Victor Avila-Chabarria, an alien, was found in the United States of America, at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about March 13, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*
Sheldon W. Schmitt
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 14, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Bridget S. Bade
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 12, 2016, Border Patrol Agent E. Van Hove III encountered an individual near Eloy, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Victor Avila-Chabarria, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Avila-Chabarria was transported to the Casa Grande Border Patrol Station for further processing. Avila-Chabarria was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Victor Avila-Chabarria to be a citizen of Honduras and a previously deported criminal alien. Avila-Candelaria was removed from the United States to Honduras through Phoenix, Arizona, on or about March 13, 2010, pursuant to a removal order issued by an immigration judge. There is no record

of Victor Avila-Chabarria in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Avila-Chabarria's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Victor Avila-Chabarria was convicted of Transport or Sell Narcotics or Controlled Substance, a felony offense, on February 24, 2010, in the Superior Court of California, San Francisco County. Avila-Chabarria was sentenced to forty-four (44) days in jail and three (3) years of probation. Avila-Chabarria's criminal history was matched to him by electronic fingerprint comparison.

5. On November 13, 2016, Victor Avila-Chabarria was advised of his constitutional rights. Avila-Chabarria and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 12, 2016, Victor Avila-Chabarria, an alien, was found in the United States of America, at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about March 13, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Sheldon W. Schmitt
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 14th day of November, 2016.

Bridget S. Bade
United States Magistrate Judge